[Cite as *01/06/2003 Case Announcements,* 2003-Ohio-7.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 6, 2003*

## RECONSIDERATION OF PRIOR DECISIONS

**2001–1618.  Berrios v. State Farm Ins. Co.**
Franklin App. No. 00AP–504. Reported at 98 Ohio St.3d 109, 2002-Ohio-7115, 781 N.E.2d 149. On motion for reconsideration. Motion denied.
 MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.
 DOUGLAS, J., participated in the decision of this motion before his retirement.

**2001–1912.  In re Consol. Mtge. Satisfaction Cases.**
Hamilton App. No. C–010137. Reported at 97 Ohio St.3d 465, 2002-Ohio-6720, 780 N.E.2d 556. On motions for reconsideration of First Union Home Equity Bank, N.A., Beneficial Ohio, Inc. et al., Huntington National Bank, The Provident Bank, Union Savings Bank, Guardian Savings Bank, Nationsbanc Mortgage Corporation, and Capstead, Inc. Motions denied.
 COOK and LUNDBERG STRATTON, JJ., dissent.
 DOUGLAS, J., participated in the decision of this motion before his retirement.

[Cite as *01/07/2003 Case Announcements,* 2003-Ohio-10.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 7, 2003*

## RECONSIDERATION OF PRIOR DECISIONS

**1999–1524.  State v. Noling.**
Portage App. No. 96–P–126. Reported at 98 Ohio St.3d 44, 2002-Ohio-7044, 781 N.E.2d 88. On motion for reconsideration. Motion denied.
 DOUGLAS, J., participated in the decision of this motion before his retirement.

**2001–0642.  State ex rel. Ohio AFL–CIO v. Ohio Bur. of Workers' Comp.**
In Mandamus. Reported at 97 Ohio St.3d 504, 2002-Ohio-6717, 780 N.E.2d 981. On motion for reconsideration. Motion denied.
 MOYER, C.J., and LUNDBERG STRATTON, J., dissent.
 COOK, J., dissents and would dismiss the cause for lack of standing.
 DOUGLAS, J., participated in the decision of this motion before his retirement.

[Cite as *01/08/2003 Case Announcements,* 2003-Ohio-12.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 8, 2003*

## RECONSIDERATION OF PRIOR DECISIONS